UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAYNE BLOOMFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 11 CV 7581 |
| VILLAGE OF MAYWOOD, Illinois, a ) | |
| municipal corporation, Maywood Police Officer ) | |
| ROBERT WELCH #231, Maywood Police and ) | Magistrate Judge Young B. Kim |
| Officer WELDON COBOS #1019, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

1. Plaintiff, Wayne Bloomfield ("Bloomfield"), filed the above-captioned action against Defendants Village of Maywood, Robert Welch and Weldon Cobos.

2. On March 15, 2012, Defendants Village of Maywood and Weldon Cobos filed an Answer and Affirmative Defenses denying the merits of Bloomfield's claims.

3. On May 11, 2012, Defendant Robert Welch filed an Answer and Affirmative Defenses denying the merits of Bloomfield's claims.

4. The parties have reached an amicable resolution of their dispute with the assistance of Magistrate Judge Young B. Kim.

5. The parties' settlement was incorporated into a confidential settlement agreement and general release (the "Settlement Agreement").

6. Defendants have fully performed their obligations pursuant to the terms of the Settlement Agreement.

WHEREFORE, Plaintiff, Wayne Bloomfield, respectfully requests that this Court dismiss this action with prejudice and without costs.

Respectfully Submitted,

LAW OFFICE OF RODERICK D. THOMAS

By: /s/ Roderick D. Thomas
     Attorney for Plaintiff

Law Office of Roderick D. Thomas
1444 N. Farnsworth Ave., Suite 100
Aurora, IL 60505
(630) 896-2610